OPINION — AG — QUESTION: CAN AN APPOINTEE OF THE COUNTY COMMISSIONERS OF YOUR COUNTY TO THE OFFICE OF CONSTABLE OF THE KONAWA JUSTICE OF THE PEACE DISTRICT COULD LEGALLY HOLD AT THE SAME TIME THE POSITION OF POLICEMAN FOR THE CITY OF KONAWA. ANSWER: A CITY POLICEMAN CANNOT AT THE SAME TIME LEGALLY HOLD THE OFFICE OF CONSTABLE. CITE: 51 O.S. 1961 6 [51-6], 39 O.S. 1961 2 [39-2], 39 O.S. 1961 3 [39-3] (CHARLES OWENS)